UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL ROGERS, | : | Case No. 2:16-cv-01083 |
| | : | |
| Plaintiff, | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| v. | : | |
| | : | |
| JPMORGAN CHASE BANK, N.A., et al., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE SETTLEMENT WEEK MEDIATION**

Now comes Defendant JPMorgan Chase Bank, N.A. ("Defendant"), by and through counsel, and hereby moves the Court for an Order rescheduling the Settlement Week mediation that is currently scheduled to occur on September 12, 2017 at 10:30 a.m.

As ground for this motion, Defendant states that its client representative resides in Florida and has become unable to attend the mediation as a result of Hurricane Irma. Among other things, Hurricane Irma has caused the closure of the airport from which Defendant's representative was to travel to Ohio.

After consultation with counsel for Plaintiff DaNiel Rogers ("Plaintiff"), the parties believe that it would be best to reschedule the mediation rather than have it proceed without a client representative for Defendant. In addition, Plaintiff's counsel has confirmed that Plaintiff does not oppose rescheduling the mediation.

Accordingly, for the foregoing reasons, Defendant respectfully requests that the Court issue an Order rescheduling the Settlement Week mediation to a new date and time that is convenient to the mediator.

Respectfully submitted,

/s/ Nelson M. Reid

Nelson M. Reid (0068434)
Bricker & Eckler LLP
100 South Third Street
Columbus, Ohio 43215
Telephone: (614) 227-2300
Facsimile: (614) 227-2390
Email: nreid@bricker.com
Trial Attorney for Defendant
JPMorgan Chase Bank, N.A.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of September, 2017, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE SETTLEMENT WEEK MEDIATION was filed electronically through the Court's Electronic Filing System.

/s/ Nelson M. Reid
Nelson M. Reid (0068434)